IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET FELKNER, Individually and as** | : | **CIVIL ACTION** |
| **Administratix of the ESTATE OF DANIELLE** | : | |
| **FELKNER, DECEASED,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **No.: 13-CV-2189** |
| | : | |
| **WERNER ENTERPRISES, INC. and ANDREW** | : | |
| **ZIEMBA AND JOHN DOES 1-25,** | : | |
|     **Defendants.** | : | |

## O R D E R

**AND NOW**, this ____17th____ day of December, 2013, upon consideration of the following discovery motions filed by Plaintiff Janet Felkner: (1) Plaintiff's Motion to Compel Deposition of Defendant Andrew Ziemba and for Sanctions for the Untimely Cancellation of His Duly Noticed Deposition (ECF No. 29); (2) Plaintiff's Motion to Compel Defendant Werner Enterprises, Inc. to Provide Further Responses to Interrogatories (ECF No. 27); (3) Plaintiff's Motion to Compel and For Disclosure of Complete Responses to Plaintiff's First Request for Production of Documents and Things Addressed to Werner Enterprises, Inc. (ECF No. 28); (4) Plaintiff's Motion to Compel Responses to Interrogatories and Requests for Production to Defendant Andrew Ziemba (ECF No. 41); and (5) Plaintiff's Motion for Court Order Deeming Late Response to Request for Admissions Insufficient, Overruling Defendants' Objections and Determining that Every Request for Admissions Shall be "Admitted" for All Purposes (ECF No. 42), and upon consideration of the Defendants' various briefs in Opposition to these motions, and the Court having conducted Oral Argument, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

(1) Plaintiff's Motion to Compel Deposition of Defendant Andrew Ziemba and for Sanctions for the Untimely Cancellation of His Duly Noticed Deposition (ECF No. 29) is **DENIED AS MOOT**;

(2) Plaintiff's Motion to Compel Defendant Werner Enterprises, Inc. to Provide Further Responses to Interrogatories (ECF No. 27) is **GRANTED IN PART**, **DENIED IN PART**, and **DENIED AS MOOT IN PART**;

(3) Plaintiff's Motion to Compel and For Disclosure of Complete Responses to Plaintiff's First Request for Production of Documents and Things Addressed to Werner Enterprises, Inc. (ECF No. 28) is **GRANTED IN PART**, **DENIED IN PART**, and **DENIED AS MOOT IN PART**;

(4) Plaintiff's Motion to Compel Responses to Interrogatories and Requests for Production to Defendant Andrew Ziemba (ECF No. 41) is **DENIED**; and

(5) Plaintiff's Motion for Court Order Deeming Late Response to Request for Admissions Insufficient, Overruling Defendants' Objections and Determining that Every Request for Admissions Shall be "Admitted" for All Purposes (ECF No. 42) is **HELD IN ABEYANCE** as not ripe for disposition.

(6) Ziemba shall produce the requested discovery on or before December 23, 2013, and responses shall be consistent with the Court's disposition of the other pending discovery motions;

(7) Defendants shall produce their privilege logs on or before December 20, 2013; and

(8) the parties shall provide a joint proposed scheduling order addressing mediation and the filing of dispositive motions by close of business on Thursday, December 19, 2013.

BY THE COURT:


  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE