## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET FELKNER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No.: 13-cv-2189** |
| | : | |
| **WERNER ENTERPRISES, INC., et. al.,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this ___14TH___ day of March, 2014, upon consideration of Defendants

Motion for Partial Summary Judgment (Doc. No. 57), and Plaintiff's Response in Opposition

(Doc. Nos. 59-62), and for the reasons set forth in the accompanying Memorandum, **IT IS**

**HEREBY ORDERED** that the motion is **GRANTED IN PART and DENIED IN PART**.


BY THE COURT:



  /s/ Lynne A. Sitarski_____

LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE